No. 550, Misc.   JAMISON v. UNITED STATES.   C. A. 2d
Cir.   Certiorari denied.   MR. JUSTICE HARLAN and MR.
JUSTICE WHITE are of the opinion that certiorari should
be granted.   *Solicitor General Griswold* for the United
States.

No. 1440, Misc.   GONSIOR v. CALIFORNIA.   Ct. App.
Cal., 3d App. Dist.   Certiorari denied.   THE CHIEF
JUSTICE and MR. JUSTICE MARSHALL are of the opinion
that certiorari should be granted.   *Thomas C. Lynch,*
Attorney General of California, *Doris H. Maier,* Assistant
Attorney General, and *Edsel W. Haws,* Deputy Attorney
General, for respondent.

No. 1824, Misc.   BYRNES v. UNITED STATES.   C. A.
9th Cir.   Certiorari denied.   MR. JUSTICE MARSHALL
took no part in the consideration or decision of this peti-
tion.   *Solicitor General Griswold, Assistant Attorney
General Wilson,* and *Beatrice Rosenberg* for the United
States.

No. 1868, Misc.   NEAL ET AL. v. SAGA SHIPPING CO.,
S. A., ET AL.   C. A. 5th Cir.   Certiorari denied.   MR.
JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the
opinion that certiorari should be granted.   *Arthur J.
Mandell* for petitioners.   *E. D. Vickery* for Saga Ship-
ping Co., S. A., and *Robert Eikel* for Strachan Shipping
Co., respondents.

No. 1941, Misc.   RICHARDS v. UNITED STATES.   C. A.
5th Cir.   Certiorari denied.   THE CHIEF JUSTICE, MR.
JUSTICE BRENNAN, and MR. JUSTICE STEWART are of the
opinion that certiorari should be granted.   *Albert Datz*
for petitioner.   *Solicitor General Griswold, Assistant
Attorney General Wilson, Beatrice Rosenberg,* and *Roger
A. Pauley* for the United States.